

**VIRGINIA & AMBINDER LLP**
A t t o r n e y s   a t   L a w

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: 212.943.9080
www.vandallp.com

**Lloyd Ambinder**
212.943.9081
Lambinder@vandallp.com

July 25, 2012

<u>**VIA ECF**</u>
Hon. A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    <u>Berrios v. Nicholas P. Zito  Racing Stables, Inc., et al</u>
               (No. 04-CV-0022) (SLT) (AKT)

Dear Judge Tomlinson:

      This firm is co-counsel to the plaintiff class in the above referenced wage and hour class action.  I write on consent of Defendants' counsel to advise you that the parties have reached an agreement in principle to settle this matter.

      The parties expect to finish drafting proposed settlement documents, including a proposed settlement notice, claim form and publication order, by the middle of August. We therefore respectfully request that the Court cancel the trial and  damage inquest scheduled for early September, and instead schedule a settlement conference for late August, at which time we will review the proposed procedure for settlement, notice, claim form and publication order for your approval

      Thank you.

                           Respectfully submitted,

                           /s/Lloyd Ambinder_____

cc:    Leo McGinity, Esq. (via ECF)
       Delvis Melendez, Esq. (via ECF)